**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| VICTORIA SOBOLESKI, *on behalf of herself and others similarly situated,*<br><br>         Plaintiff,<br><br>v.<br><br>EARTH PROTECT LLC,<br><br>         Defendant. | Case No. 2:26-cv-11195-LVP-KGA<br><br>District Judge: Hon. Linda V. Parker<br><br>Mag. Judge: Hon. Kimberly G. Altman |

**NOTICE OF APPEARANCE OF COUNSEL**

To:     Clerk of the Court
        Parties and Counsel of Record

PLEASE TAKE NOTICE of the Appearance of Luke D. Wolf, of Gordon Rees Scully Mansukhani, LLP, on behalf of Defendant Earth Protect LLC in the above above-captioned cause of action and hereby requests service of all papers, pleadings and notices.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By:  /s/ Luke D. Wolf
        Luke D. Wolf (P81932)
        37000 Woodward Avenue, Suite 225
        Bloomfield Hills, MI 48304
        *Counsel for Defendant*

-1-

-2-

(313) 756-6404 | (313) 406-7373 (fax)

Dated: May 18, 2026                    lwolf@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, the foregoing Notice of Appearance was filed with the Court Clerk via the Court's CM/ECF Case Management Electronic Case Filing System, which automatically serves the foregoing on all counsel of record in this matter.

By: */s/  Luke D. Wolf*
    Luke D. Wolf (P81932)
    Gordon Rees Scully Mansukhani, LLP