**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

VICTORIA SOBOLESKI,
*on behalf of herself and others similarly situated,*

      Plaintiff,

v.

EARTH PROTECT LLC,

      Defendant.

Case No. 2:26-cv-11195-LVP-KGA

District Judge: Hon. Linda V. Parker

Mag. Judge: Hon. Kimberly G. Altman

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Victoria Soboleski, *on behalf of herself and others similarly situated*, and Defendant Earth Protect LLC, by and through their undersigned counsel, hereby stipulate and jointly request that the Court extend Defendant's time to answer, move, or otherwise respond to the Complaint through June 15, 2026. Good cause exists for this requested extension because Defendant requires additional time to investigate the allegations and evaluate its responsive pleadings, and the parties agree that this extension will not prejudice any party. A proposed Order has also been submitted.

Dated: May 18, 2026.

PARONICH LAW, P.C.                          GORDON REES SCULLY MANSUKHANI, LLP

By: */s/  Anthony I. Paronich*             By: */s/  Luke D. Wolf*
    Anthony I. Paronich                          Luke D. Wolf (P81932)
    350 Lincoln St., Ste. 2400                   37000 Woodward Ave., Ste. 225
    Hingham, MA 02043                            Bloomfield Hills, MI 48304
    (508) 221-1510                               (313) 756-6404 | (313) 406-7373 (fax)
    anthony@paronichlaw.com                      lwolf@grsm.com

*Counsel for Plaintiff*                     *Counsel for Defendant*