**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **VICTORIA SOBOLESKI,**<br>on behalf of herself and others similarly situated,<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**EARTH PROTECT LLC,**<br><br>        **Defendant.** | **Case No. 2:26-cv-11195-LVP-KGA**<br><br>District Judge: Hon. Linda V. Parker<br><br>Mag. Judge: Hon. Kimberly G. Altman |

**DEFENDANT EARTH PROTECT LLC'S
<u>STATEMENT OF DISCLOSURE OF CITIZENSHIP
AND FINANCIAL AFFILIATIONS</u>**

Pursuant to E.D. Mich. LR 83.4, Defendant Earth Protect LLC ("Earth Protect") who is a Defendant makes the following disclosure:

**PART I – CITIZENSHIP**

□ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332.  [If so, complete the other entries in Part I]

□ This party is an individual who is a citizen of the State of

_____ .

□ This party is a corporation incorporated in the State of _____
_____, and with a principal place of business in the State of _____ .

□ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

    If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity

citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

□ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship.  If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

X None of the entries below applies to this party.

□ This party has one or more parent entities.
     If so, identify all parent entities.

_____

_____

_____

□ This party has one or more affiliates.
     If so, identify all affiliates.

_____

_____

_____

□ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
     If so, identify all such owners.

_____

_____

_____

□ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct

financial interest in the outcome of the litigation.

If so, identify each such entity's financial interest in the litigation.

Respectfully submitted,

By: /s/ Luke D. Wolf
    Luke D. Wolf
    Bar Number: P81932
    GORDON REES SCULLY
      MANSUKHANI, LLP
    37000 Woodward Avenue, Suite 225
    Bloomfield Hills, MI 48304
    (313) 756-6404 | (313) 406-7373 (fax)
    lwolf@grsm.com

Dated: June 15, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2026, the foregoing Defendant Earth Protect LLC's Statement of Disclosure of Citizenship and Financial Affiliations was filed with the Court Clerk via the Court's CM/ECF Case Management Electronic Case Filing System, which automatically serves the foregoing on all counsel of record in this matter.

By: /s/ Luke D. Wolf
Luke D. Wolf (P81932)
Gordon Rees Scully Mansukhani, LLP

4