**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| VICTORIA SOBOLESKI, | ) | |
| *on behalf of herself and others similarly* | ) | Civil Action No.: 2:26-cv-11195 |
| *situated*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EARTH PROTECT LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>Notice of Settlement</u>**

The plaintiff files this notice to advise the Court that the parties have tentatively reached

a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.


Dated: June 25, 2026          PLAINTIFF,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

1