**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **VICTORIA SOBOLESKI,**<br>on behalf of herself and others similarly situated,<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**EARTH PROTECT LLC,**<br><br>      **Defendant.** | **Case No. 2:26-cv-11195-LVP-KGA**<br><br>District Judge: Hon. Linda V. Parker<br><br>Mag. Judge: Hon. Kimberly G. Altman |

**DEFENDANT EARTH PROTECT LLC'S**
**NOTICE OF WITHDRAWAL OF MOTION**

Pursuant to Section I of the Court's Motion Practice Guidelines and the request from Chambers, and in light of the tentative settlement and notice of settlement filed by Plaintiff (ECF No. 9), Defendant Earth Protect LLC hereby withdraws its motion to dismiss (ECF No. 7) without prejudice to refiling.

Dated: July 2, 2026

Respectfully submitted,
GORDON REES SCULLY
MANSUKHANI, LLP

By: /s/ Luke D. Wolf
    Luke D. Wolf (P81932)
    37000 Woodward Avenue, Suite 225
    Bloomfield Hills, MI 48304
    (313) 756-6404 | (313) 406-7373 (fax)
    lwolf@grsm.com
    Counsel for Defendant

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, the foregoing Notice of Withdrawal of Motion was filed with the Court Clerk via the Court's CM/ECF Case Management Electronic Case Filing System, which automatically serves the foregoing on all counsel of record in this matter.

By: /s/ Luke D. Wolf
Luke D. Wolf (P81932)
Gordon Rees Scully Mansukhani, LLP