**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **VICTORIA SOBOLESKI,**<br>on behalf of herself and others similarly situated,<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EARTH PROTECT LLC,**<br><br>**Defendant.** | **Case No. 2:26-cv-11195-LVP-KGA**<br><br>District Judge: Hon. Linda V. Parker<br><br>Mag. Judge: Hon. Kimberly G. Altman |

**PLAINTIFF'S NOTICE**
**OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice as to her claims, and without prejudice as to the claims of any putative class members, and without an award of fees or costs to either party.

Respectfully submitted,

By: *__/s/ Anthony I. Paronich__*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Dated: October 9, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, the foregoing Plaintiff's Notice of Voluntary Dismissal with Prejudice was filed with the Court Clerk via the Court's CM/ECF Case Management Electronic Case Filing System, which automatically serves the foregoing on all counsel of record in this matter.

By: *<u>/s/ Anthony I. Paronich</u>*
Anthony I. Paronich