**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VICTORIA SOBOLESKI,

Plaintiff,

V.

CASE NO. 26-11195
HON. LINDA V. PARKER

EARTH PROTECT, LLC

Defendant.
_________________________________/

**ORDER OF DISMISSAL**

The Plaintiff, Victoria Soboleski having filed a Notice of Voluntary Dismissal with Prejudice [ECF No. 11] on October 9, 2026; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 9, 2026